No. 65134-B
No. 14-15-00163-CR
PD-0375-15

PRO SE
PERCY BENJAMIN SMITH

v.

THE STATE OF TEXAS

IN THE DISTRICT COURT
412th DISTRICT COURT
BRAZORIA COUNTY, TEXAS

---

## DESIGNATION OF MATTERS TO BE INCLUDED IN THE CLERKS RECORD ON APPEAL

---

TO THE CLERK OF SAID COURT:

COMES NOW PERCY BENJAMIN SMITH, DEFENDANT IN THE ABOVE STYLED AND NUMBERED CAUSE, AND PURSUANT TO RULE 34.5 (A) AND 34.5 (b) OF THE TEXAS RULE OF APPELLATE PROCEDURE, designates the following matters to be included in the CLERKS RECORD:

(1) Those items identified in RULE 34.5 (A)(1) through to #34.5 (A) (12), TEXAS RULES OF APPELLATE PROCEDURE, AND ALL OTHER MATTERS REQUIRED TO BE INCLUDED BY THE TEXAS CODE OF CRIMINAL PROCEDURE, OR BY ANY OTHER LAW.

(2) ALL MOTIONS AND PLEADINGS FILED BY THE STATE OR THE DEFENDANT AND NOT OTHERWISE REQUIRED TO BE INCLUDED UNDER RULE 34.5(A) OF THE TEXAS RULES OF APPELLATE PROCEDURE.

(3) ALL ORDER ISSUED BY THE COURT AND NOT OTHERWISE UNDER RULE 34.5 (A) OF THE TEXAS RULES OF APPELLATE PROCEDURE.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

(4) THE COMPLAINT.

(5) THE CAPIAS.

(6) THE AFFIDAVIT OF INDIGENCY AND ANY JUDICIAL FINDING OF THE DEFENDANTS INDIGENCY.

(7) ALL REQUESTS BY THE DEFENDANT FOR THE ONE APPOINTMENT COUNSEL.

(8) ALL ORDERS APPOINTING COUNSEL TO REPRESENT THE DEFENDANT.

(9) JURY PANEL lists.

(10) JURY strike lists of the State, the Defendant or the Court.

(11) JUROR INFORMATION FORMS UNLESS SEALED.

(12) ALL CORRESPONDENCE OR COMMUNICATION BETWEEN PARTIES.

(13) ALL COMMUNICATION BETWEEN COURT OR JURY.

(14) ALL VERDICTS.

(15) ALL OBJECTIONS OR RULINGS.

(16) ANY (PSI).

(17) ANY PLEA BARGAIN AGREEMENT.

(18) THE SENTENCE OF THE COURT.

(19) THE TERMS OR CONDITIONS.

(20) THE BILL OF COSTS.

(21) THE NOTICE OF APPEAL.

(22) ANY POST MARKED ENVLOPES.

(25) MOTION FOR NEW TRIAL.

(26) ANY OR ALL EXTENSIONS FILE ON RECORD.

(27) ANY MOTION to CORRECT OR SUPPLEMENT.

(28) ALL BILLS OF EXCEPTION OR Attempted bills.

WHEREFORE, PREMISES CONSIDERED, THE DEFENDANT RESPECTFULLY PRAYS that the CLERK or COURT REPORTER PREPARE the CLERK'S RECORD to INCLUDE TRUE OR CORRECT COPIES OF ALL the MATTERS STIPULATED ABOVE.

RESPECTFULLY SUBMITTED

Percy Bardwell Smith

DEFENDANT PRO SE

(2)

No. 65134-B
PD-0395-15
No. 14-15-00163-CR

RHONDA BAREHAK
BRAZORIA COUNTY DISTRICT CLERK
111 E. LOCUST STE 500
ANGLETON, TX 77515

Court of Criminal Appeals
P.O. Box 12308
CAPITOL STATION
AUSTIN, TEXAS
78711

Fourteenth Court of Appeals
301 FANNIN, STE 245
HOUSTON, TX 77002

Rh: THE 412 District
Court, Supplemental
Clerk's Record

VIA U.S. First Class Mail

GREETING:

HONORABLE RHONDA BARCHAK, BRAZORIA COUNTY DISTRICT CLERK PURSUANT TO TEXAS RULE OF APPELLANT PROCEDURE 34.5(a). PERCY BENJAMIN SMITH, No. C.J. 1745775, PRO SE REQUESTS that the below listed ITEM BE INCLUDED IN A SUPPLEMENTAL CLERK'S RECORD IN the ABOVE CASE. PLEASE PREPARE, CERTIFY, AND FILE with the CLERK of FOURTEENTH COURT OF APPEALS, 301 FANNIN St. RM: 245 HOUSTON, TX 77002 AND MAIL SAME to PERCY BENJAMIN SMITH AT THE ABOVE CAPTIONED Address the FOLLOWING:

(1) THE INDICTMENT INFORMATION DOCUMENT.

(2) THE COURTS ADMONISHMENT AND DEFENDANT WAIVERS AND AFFIDAVIT OF ADMONITIONS, INCLUDING THOSE INQUIRING DEFENDANT WITNES AND THE PLEA BARGAIN AGREEMENT.

(3) THE COMPLAINT(S).

(4) ANY PRE-SENTENCE INVESTIGATION REPORT (PSI) PRE-PARED IN THIS CASE.

(5) ALL CORRESPONDENCE AND COMMUNICATION BETWEEN THE COURTS AND THE DEFENDANT, DEFENDANT AND THE COURTS, COUNSEL FOR THE DEFENDANT, COUNSEL FOR THE STATE, ANY WITNESS, AND ANY PROBATION OFFICER, TO INCLUDE DEFENDANT PRO SE CORRESPONDENCE.

(6) ALL REQUEST BY THE DEFENDANT FOR THE APPOINTMENT COUNSEL.

(7) ALL REQUEST BY THE DEFENDANT FOR NEW APPOINTMENT COUNSEL, GRANT AND OR WRITTEN, ON OR ABOUT 4, 2011 OCTOBER, IN THE DURATION OF THE 1st AND 2nd DISCUSSION WITH THE HONORABLE JUDGE.

(8) ALL OBJECTIONS, INCLUDING SENTENCING DATE Oct 5, 2011 1st OR 2nd CONFERENCE.

(9) ALL BILLS OF EXCEPTION AND ATTEMPTED BILL MADE BY DEFENSE COUNSEL.

(10) ALL REQUEST FOR REPORTERS RECORDS.

(11) ALL REQUEST FOR TRIAL TRANSCRIPTS.

(12) THE EVENT SHEET.

(13) ALL NOTES OF COUNSEL WRITTEN, BY ELECTRONICALLY.

(14) COUNSEL PRODUCTION SHEET.

(15) ALL COUNSEL COURT APPEARANCE SIGN IN SHEET.

(2)

(16) The Motion in Arrest of Judgement.

(17) All Pro Se Filed Papers.

(18) All Post Marked Envlopes of defendant Pro Se.

(19) All Matters heard Outside the Presence of Jury, Including Pretrial hearings Objections.

(20) Testimony taken during Sentencing Proceedings, Including Exhibits or Evidence.

(21) All Evidence or Exhibits.

(22) All Evidence or Signed Confidentially Agreement.

(23) All Testimonys And Affidavis.

(24) Any And All Plea Agreement Signed.

(25) Any handwritten Statements.

(26) Any Police Interrogation Files.

Wherefore, Premises Considered, the Defendant Respectfully Prays that this Court Grant this Request, And Order Preparation of the Reporters Records As described above in this Case.

All of the Requested Items Are Contained in the Courts File.

Respectfully Submitted

Percy Benjamin Smith

Percy Benjamin Smith

Pro Se

(5)